UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DALE ROBERT REDIG,

    Plaintiff,

v.                                                       Case No. 17-cv-599-pp

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

---

**ORDER APPROVING STIPULATION TO REMAND (DKT. NO. 16), AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. §405(g)**

---

On October 20, 2017, the defendant filed a joint stipulation to remand for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Dkt. No. 16. The court **APPROVES** the stipulation for remand, and **ORDERS** that:

The case is **REMANDED** to the Commissioner of Social Security. On remand, the Appeals Council will affirm the finding of disability beginning November 1, 2014. The Appeals Council will remand the case and, for the period prior to November 1, 2014, direct the Administrative Law Judge (ALJ) to offer the plaintiff the opportunity to submit additional evidence and arguments, and to appear for a hearing. The ALJ will comply with Social Security Rulings 16-3p and 83-20. For the period at issue, the ALJ will reevaluate the plaintiff's statements regarding the nature and limiting effects of the plaintiff's symptoms and reevaluate medical source opinions. The ALJ will proceed through the

sequential evaluation process as needed to issue a decision. If the sequential evaluation reaches step four, the ALJ will reevaluate the plaintiff's residual functional capacity for the period at issue. The ALJ will obtain supplemental vocational expert testimony as needed to support a decision. The ALJ shall issue a *de novo* decision for the period at issue consistent with all applicable Rulings and Regulations.

Dated in Milwaukee, Wisconsin this 24th day of October, 2017.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**